IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**BARBARA LOVRETA,**

    **Plaintiff,**

  **v.**                                                                  **No. 2:19-cv-02469-JTF-jay**

**DELTA GLOBAL SERVICES,**

    **Defendant.**

## REPORT AND RECOMMENDATION

On February 22, 2021, the Court ordered Plaintiff, Barbara Lovreta, to show cause why this matter should not be dismissed for failure to prosecute. (Docket Entry 15.) Lovreta was given until March 19, 2021, to comply with the Court's order and was warned that failure to timely comply may result in the dismissal of this case. To date, Plaintiff has not responded to the show cause order. Accordingly, the undersigned RECOMMENDS that this matter be DISMISSED WITHOUT PREJUDICE.

Respectfully submitted this 26th day of March 2021.

                                                       s/ Jon A. York_____
                                                       UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDATION.** *SEE* **28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**